UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD DALE,

Plaintiff,

v.

NATHAN SPOHN

Defendant.
______________________________/

Case No. 1:25-cv-1555

Hon. Hala Y. Jarbou

**ORDER**

On September 25, 2026, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 34) recommending that Defendant Sergeant Nathan Spohn's motion for summary judgment be granted. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the R&R and determined that it makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 34) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's motion for summary judgment (ECF No. 17) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Spohn are **DISMISSED** due to Plaintiff's failure to exhaust his administrative remedies.

A judgment will issue in accordance with this order.

Dated: November 17, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE